# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

Before the Honorable Gregory B. Wormuth

## ARRAIGNMENT/DETENTION

| | | | |
|---|---|---|---|
| Case Number: | CR 25-1349 GBW | UNITED STATES vs. GONZALEZ-ESCAMILLA | |
| Hearing Date: | 5/14/2025 | Time In and Out: | 11:06 – 11:09 A.M. (1 MIN) |
| Courtroom Deputy: | K. SOLIS | Digital Recording: | SIERRA BLANCA |
| Defendant: | ANGEL GONZALEZ-ESCAMILLA | Defendant's Counsel: | PETER GIOVANNINI |
| AUSA: | ELIZABETH TONKIN | Pretrial/Probation: | N/A |
| Interpreter: | CAROLINA DURAN | | |

### Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Information
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: 6/4/2025

| | | | | | |
|---|---|---|---|---|---|
| ☒ | Parties agree Standing Discovery Order to be electronically entered | ☐ | Discovery Order previously entered | ☐ | Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days |

- ☐ Case assigned to:

| | | | |
|---|---|---|---|
| ☒ | Trial will be scheduled by presiding judge (if necessary) | ☒ | Counsel to notify Court if Defendant wishes to proceed to trial or plea |

- ☐ Defendant waives Detention Hearing

### Custody Status

- ☒ Defendant detained as a FLIGHT RISK
- ☐ Conditions

### Other

- ☐